**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

FEB 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Ok Yeon CHO, Individually<br>7626 Buckland Place<br>Lorton, Virginia 20079<br><br>and<br><br>OK YEON CHO d/b/a<br>FINGERTIP NAIL SALON<br>3413 Wisconsin Avenue<br>Washington, D.C. 20016,<br><br>          Plaintiffs,<br>    v.<br><br>DISTRICT OF COLUMBIA,<br>1350 Pennsylvania Avenue, NW<br>Suite 600<br>Washington, DC 20004<br><br>LINDA ARGO<br>Director<br>District of Columbia<br>Department of Consumer and<br>      Regulatory Affairs<br>941 North Capitol Street, NE<br>Washington, DC 20002<br><br>and<br><br>CLIFF DEDRICK<br>941 North Capitol Street, NE<br>Washington, DC 20002<br><br>          Defendants. | Case: 1:08-cv-00353<br>Assigned To : Kennedy, Henry H.<br>Assign. Date : 2/28/2008<br>Description: Civil Rights-Non-Employ. |

## NOTICE OF REMOVAL

The District of Columbia is a defendant in the case *Ok Yeon Cho, individually and d/b/a*

*Fingertip Nail Salon, v. District of Columbia, et al.,* Civil Action No. 08-000667, now pending in

the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, Defendant, District of Columbia, moves this case from the Superior Court of the District of Columbia to this Court because the claims raised in plaintiff's complaint raise federal questions appropriate for resolution by this Court. Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. 28 U.S.C. § 1441(b). In Count III of the Complaint, plaintiff asserts federal constitutional claims under 42 U.S.C. § 1983. *See* Complaint, attached.

Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The District of Columbia received a copy of the Summons and Complaint on or about February 4, 2008. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

CHAD COPELAND [Pending]
Assistant Attorney General
441 Fourth Street, N.W.
Suite 600 South
Washington, D.C. 20001
(202) 724-6623 (telephone)
(202) 727-0431 (fax)
chad.copeland@dc.gov

1

## CERTIFICATE OF SERVICE

I, hereby certify that on this 28TH day of February 2008 I have sent a true copy of this Notice of Removal by U.S. Mail, postage prepaid to:

Seth W. Diamond, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005

Cliff Dedrick
District of Columbia
Department of Consumer and Regulatory Affairs
941 North Capitol Street, NW
Washington, D.C. 20002

Chad Copeland
Assistant Attorney General

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

CIVIL DIVISION

FILED
CIVIL ACTIONS BRANCH
JAN 2 8 2008
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

OK YEON CHO, Individually
7626 Buckland Place
Lorton, Virginia 22079

and

OK YEON CHO d/b/a
FINGERTIP NAIL SALON
3413 Wisconsin Avenue
Washington, D.C. 20016,

     Plaintiffs,

    v.

THE DISTRICT OF COLUMBIA
Serve: Mayor Adrian M. Fenty
1350 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004

Serve: Peter Nickles, Esq.
Corporate Counsel, District of Columbia
441 4th Street, N.W.
Suite 1060 North
Washington, D.C. 20001

Serve: Office of Risk Management
ATTN: Claims
441 4th Street, NW
Suite 800 South
Washington, DC 20001

and

LINDA ARGO
Director
District of Columbia -
Department of Consumer and Regulatory Affairs
941 North Capitol Street, NE
Washington, DC 20002

C. A. No.:

Judge:

0000667-08

08 0353

FILED

FEB 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



and

CLIFF DEDRICK
941 North Capitol Street, NE
Washington, DC 20002

      Defendants.

_____/

## COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES

COMES NOW the Plaintiff, OK YEON CHO, individually and d/b/a FINGERTIP NAIL

SALON, by and through the undersigned counsel and pursuant to applicable D.C. Rules of Civil

Procedure, hereby sues Defendants, THE DISTRICT OF COLUMBIA, LINDA ARGO, and

CLIFF DEDRICK, and in support thereof states as follows:

### Jurisdiction and Statement of Case

1.      This Honorable Court has jurisdiction pursuant to D.C. Code §§ 11-921 (2001

ed.).

2.      This is an action wherein the Plaintiff is seeking an award of compensatory and

punitive damages and attorneys' fees, as a result of the intentional and deliberate conduct of the

Defendants in issuing false Notices of Infractions, failure to identify possible infractions and

code violations in Plaintiff's place of business, failure to timely correct deficiencies in all

Notices of Infraction issued or alleged to exist, failure to timely investigate and remedy the

illegal, unethical, improper and criminal acts of CLIFF DEDRICK, and based on the District's

violation of Plaintiff's civil rights.

### Parties

3.      Plaintiff is a resident of Virginia who operates a business called FINGERTIP

NAIL SALON, located at 3413 Wisconsin Avenue, Washington, D.C. 20016 and is otherwise

sui juris.

4.    Defendant LINDA ARGO is the Director of the District of Columbia Department of Consumer and Regulatory Affairs ("DCRA").

5.    Defendant CLIFF DEDRICK, at all times material hereto, was and is an investigator, employed by DCRA.

6.    Defendant THE DISTRICT OF COLUMBIA is a municipal corporation.

### Facts

7.    On or about May 17, 2007, CLIFF DEDRICK, as an investigator for DCRA, inspected the Plaintiff's place of business, FINGERTIP NAIL SALON.

8.    At the conclusion of CLIFF DEDRICK's inspection, he provided the Plaintiff with a Notice of Infraction, stating that the Plaintiff was in violation of two (2) provisions of D.C. Code and assessing two (2) fines of $2,000.00 each, for a total fine of $4,000.00. (See attached Notice of Infraction, attached as Exhibit "A").

9.    In June of 2007 the Plaintiff went to DCRA in an attempt to resolve the fines. Plaintiff attempted to pay the full $4,000.00 in order to comply with the Notices of Infraction. However, CLIFF DEDRICK would not accept the $4,000.00 payment, stating that three (3) additional infractions existed and that the Plaintiff should have been cited for a total of $10,000.00. CLIFF DEDRICK offered to resolve all of the alleged violations in return for payment of $7,500.00. The Plaintiff demanded proof of the additional infractions, but CLIFF DEDRICK refused to provide any proof of additional infractions.

10.    The Notices of Infraction were not logged into the DCRA computer system at the time of the conversation described in paragraph 9 of this Complaint.

11.    Plaintiff's husband and other agents of the Plaintiff have also attempted to resolve the issue of the additional infractions directly with CLIFF DEDRICK, but have been unsuccessful.

12.    To date, CLIFF DEDRICK has refused to provide proof of any additional infractions. Nor has he provided notice as to the basis of the alleged infractions for which he has attempted to hold the Plaintiff liable.

13.    On or about December 7, 2007, nearly seven (7) months after the initial inspection, DCRA re-dated the May 17, 2007 Notices of Infraction and served them directly on the Plaintiff, despite knowledge that the Plaintiff was represented by counsel. (See attached Exhibit "B"). This service is in violation of 28 DCR 2808 and is a clear attempt to circumvent the Plaintiff's attorney.

14.    To date, no additional Notices of Infraction have been issued based on the May 17, 2007 inspection, despite the fact that the Defendant has advised the Plaintiff that no less than three (3) additional violations exist on the subject premises. The Defendant's re-dating and entering the Notices of Infraction into the DCRA computer system are a clear attempt to cover up the illegal actions of the Defendant.

15.    It is unknown as to whether the Notices of Infraction were ever run through DCRA's computer system. However, there were not entered into the system until at least November of 2007 (six (6) months after the inspection and written Notices of Infraction were produced).

16.    Based on CLIFF DEDRICK's refusal to either provide written Notices of Infractions or orally state what the infractions are, the Plaintiff has never been able to ascertain what, if any, additional code violations exist within her place of business and, as a result, she has not been able to re-open for business, sell her business, or otherwise seek employment since May of 2007.

17.    It is clear that the Defendants have failed to follow appropriate policies and procedures. CLIFF DEDRICK has failed to provide the Plaintiff with notice of the alleged

additional violations, has failed to enter the Notices of Violation into the DCRA computer system, has refused to accept payment for the face value of all Notices of Violation provided to the Plaintiff, and has attempted to elicit payment above the amounts stated in the Notices of Infraction, while at the same time failing to create any sort of official record of the existence of said Infractions.

18.    CLIFF DEDRICK has also attempted to negotiate the amount of payment for the alleged infractions, which is a violation of DCRA policy, a violation of the Plaintiff's Constitutional rights, and likely a criminal offense.

19.    It is clear that the Defendants have attempted to extort the Plaintiff into providing payment for Infractions that were non-existent and not recorded in accordance with DCRA procedure.

## COUNT I – REQUEST FOR DECLARATORY JUDGMENT

20.    The Plaintiff re-alleges and reincorporates the preceding paragraphs as though specifically set forth herein.

21.    The parties have a bona fide, actual, present practical need for declaration as to whether any evidence exists that additional infractions exist on the Plaintiff's premises and/or existed on the Plaintiff's premises at the time of the May 17, 2007 inspection.

22.    The Plaintiff's ability to re-open, sell her business and/or perform her trade is dependant upon the declaration

23.    The Plaintiff is not merely seeking legal advise or an answer to a question propounded for curiosity.

## COUNT II – PECUNIARY LOSS

24.    The Plaintiff re-alleges and reincorporates the preceding paragraphs as though specifically set forth herein.

25.    By failing to follow DCRA procedure, failing to provide notice of the substance of additional alleged infractions and by refusing to accept payment for all known Notices of Infraction, the Defendants have caused the Plaintiff to suffer pecuniary injury. Defendant's conduct is unconstitutional, intentional and unjustified.

26.    The Defendants have voluntarily and intentionally engaged in conduct described above to harass and/or extort the Plaintiff and to prevent Plaintiff from re-opening her place of business until payment above the amounts stated in the written Notices of Infraction were paid.

27.    Plaintiff's damages arise, *inter alia,* from the fact that she already had an existing business and client base. She has not been able to conduct any business and has likely irreparably lost customers who have sought services elsewhere. Plaintiff has also been forced to make payments on her lease without being able to reap the benefit of the lease because she cannot do business from the leased premises. Furthermore, Plaintiff's place of business must remain closed until such time that a judicial or administrative determination is made that no further infractions remain on the subject premises. Also, Plaintiff has suffered a pecuniary loss because she has been forced to reject offers to purchase the business based on the fact that she had potential unidentified Infractions.

### COUNT III – VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

28.    The Plaintiff re-alleges and reincorporates the preceding paragraphs as though specifically set forth herein.

29.    Deprivation of due process rights is a violation of the Fifth Amendment of the Constitution of the United States which is applicable to the District of Columbia.

30.    Plaintiff has a cause of action against the Defendants pursuant to 42 U.S.C. § 1983, which states, in pertinent part:

    ...every person who under color of any statute, ordinance, regulation,

custom or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the Constitution and the laws, shall be liable to the party injured in any action...

27.     The DISTRICT OF COLUMBIA and CLIFF DEDRICK, individually, purported to be acting pursuant to the laws of the District of Columbia and in his official capacity as an investigator for DCRA at all times material hereto.

31.     The DISTRICT OF COLUMBIA is liable for damages to the Plaintiff.

32.     CLIFF DEDRICK is liable for damages to the Plaintiff, both individually and in his official capacity.

33.     The actions of the Defendants were motivated by evil intent, were willful and intentional violations of civil rights of the Plaintiff or were taken with reckless or callous indifference for the Plaintiff's federally protected rights such that they are individually liable for punitive damages to Plaintiff under § 1983, *supra*. 42 U.S.C. § 1988.

34.     Plaintiff, pursuant to § 1988, is entitled to an award of attorneys' fees and costs. 42 U.S.C. §1988.

WHEREFORE, the Plaintiff requests that this Honorable Court grant relief in the form of the following:

I.     A declaration that no additional Infractions were discovered on the Plaintiff's premises during the May 17, 2007 inspection.

II.     A declaration that no additional Notices of Infraction may be issued in the future pursuant to the Defendant's May 17, 2007 inspection.

III.     Compensatory Damages of no less than $150,000.00 against all Defendants, jointly and severally.

IV.     Continuing compensatory damages for the time during which this litigation

continues.

V.    Attorneys fees and costs that that have accrued in Defending the action filed in the Office of Administrative Hearings, which was filed in bad faith and for a retaliatory purpose.

VI.    Punitive Damages against all Defendants, jointly and severally, in the amount of at least $5,000,000.00. based on the Defendant's repeated, illegal, unconstitutional conduct and attempted cover up.

VII.    Attorneys fees and costs associated with bringing this action.

VIII.    Trial by jury on all issues so triable.

IX.    Any further relief deemed just and proper by this Honorable Court.

Respectfully submitted,

Seth W. Diamond, Esq. (Bar No. 501308)
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, DC 20005

202-742-2000 (phone)
202-742-2098 (fax)
sdiamond@jeblaw.biz

# EXHIBIT "A"

3449324 SWINGLERM 01/30/2008 9:15:31 AM

FROM : CHO, DAVID                    PHONE NO. : 703 440 8799            NOV. 06 2007 04:53PM P1

GOVERNMENT OF THE DISTRICT OF COLUMBIA

## NOTICE OF INFRACTION

Notice No. 340084

| Issuing Agency: | ☐ DOH | ☐ DMH | ☒ DCRA | ☒ 1st NOI | |
| | ☐ CFSA | ☐ FEMS | ☐ Other | ☐ 2nd NOI (1st NOI No. ___) | Date of Service |

Location of Infraction: 3413 Wisconsin Ave. NW
Type of Location: ☐ Vacant Lot  ☐ Construction Site  ☐ Occupied  ☐ Other

Business/Company Name: CJM VEON OK    Charge as Respondent (circle) YES  NO    Telephone Number: 202 363-3319
Individual Name (Last, First, Middle): 7630 Buckland VA   Charge as Respondent (circle) YES  NO    Telephone Number:
Mailing Address: Lorton
City: Lorton   State: VA   Zip Code: 22079
Business License/Permit Type: HDP 104903   Business License/Permit No.: NONE - Family Shop

You are charged with violating the District of Columbia laws or regulations stated below. You MUST SIGN and RETURN this form within 15 DAYS of the date of service. You must also indicate below each Infraction whether you ADMIT, ADMIT WITH EXPLANATION or DENY. Instructions on back.

If you DENY one or more of the infractions, you must timely sign and return this form as your answer. If you do so, a hearing in your case is pre-scheduled on the ____ day of _____ at ____ AM / PM at the following location:

Office of Administrative Hearings, _____ Suite _____, Washington, D.C.

| D.C. Official Code AND/OR D.C. Municipal Regulation Citation | Fine for Infraction | Statutory Penalty (if applicable) |
|---|---|---|
| DC Official Code 47-2851.02 | $ 12,000.00 | $ |

Name of Infraction: Engaging in Business without a Public Health License
Date of Infraction: 5/17/07   Time of Infraction: 2:15 pm   Previous Infractions Committed:

ANSWER:  ☐ ADMIT (Pay Fine)    ☐ DENY (Appear for a Hearing)    ☐ ADMIT WITH EXPLANATION (Hearing by Mail)
Signature _____

| D.C. Official Code AND/OR D.C. Municipal Regulation Citation | Fine for Infraction | Statutory Penalty (if applicable) |
|---|---|---|
| DC Official Code 47-2853.02 | $ 5,000.00 | $ |

Name of Infraction: _____
Date of Infraction: 5/17/07   Time of Infraction: 2:15   Previous Infractions:

ANSWER:  ☐ ADMIT (Pay Fine)    ☐ DENY (Appear for a Hearing)    ☐ ADMIT WITH EXPLANATION (Hearing by Mail)
Signature _____

Total Fines and Penalties $ _____
Total Administrative Fees $ 70.00
Total Amount Due for ALL Infractions $ _____

WARNING: Failure to answer (see reverse) each infraction on this Notice within 15 days of the date of service by signing and returning this form will result in ...

Respondent's/Investigator's Signature _____   Print Name _____   Date 5/17/07   Badge/Identification Number _____

Respondent's Signature _____   Print Name R. Yeon Cho   Date _____   

RESPONDENT (YELLOW)     INSPECTOR (PINK)     ENFORCEMENT (GOLDENROD)

# EXHIBIT "B"

3449324 SWINGLERM 01/30/2008 9:15:31 AM

FROM : CHO, DAVID                    PHONE NO. : 703 440 8799          DEC. 11 2007 12:35PM P2

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

### NOTICE OF INFRACTION

Issuing Agency: ☐ DOH    ☐ DMB    ☒ DCRA    ☒ 1st NOI    Notice No. S70084?

☐ CFSA    ☐ FEMS    ☐ Other _____    ☐ 2nd NOI (1st NOI No. _____    1817 107

**3413 Wisconsin Ave NW**
Location of Infraction    Type of Location:    ☐ Vacant Lot    ☐ Construction Site    ☐ Occupied    ☐ Other

Cho, Yeon Ok    Charge on Respondent (blank) YES    NO    202 363-33(?)
7426 Buckland Pl
Newton    VA    22079

Business License Type: HDP 104803    Business License No. ____    Type: Nail - Beauty Shop

You are charged with violating the District of Columbia laws or regulations stated below. You MUST SIGN and RETURN this form WITHIN 15 DAYS of the date of service. You must also indicate below each Infraction whether you ADMIT, ADMIT WITH EXPLANATION or DENY. Instructions on back.

If you DENY one or more of the Infractions, you must timely sign and return this form on your answer. If you do so, a hearing in your case is provided in the ____ day of ____ at ____ AM/PM at the following location:

Office of Administrative Hearings ____

| D.C. Official Code AND/OR D.C. Municipal Regulation Citation | Fine for Infraction | Statutory Penalty (if applicable) |
|---|---|---|
| DC Official Code 47-2851.02 | $2,000 | |
| Name of Infraction: Engaging in a Business without a Public Health Basic Bus Lic | | |
| Date of Infraction 5/7/07    Time of Infraction 2:00 pm with enforcement NE D Battery | | |
| ANSWER:  ☐ ADMIT (Pay Fine)    ☐ DENY (Appear for a Hearing)    ☐ ADMIT WITH EXPLANATION (Hearing by mail) | | |
| Signature ____ | | |

| D.C. Official Code AND/OR D.C. Municipal Regulation Citation | Fine for Infraction | Statutory Penalty (if applicable) |
|---|---|---|
| DC Official Code 47-285302 | $2,000 | |
| Name of Infraction: Negotiating or Attempting to offer or perform ... Terms Cosmet | | |
| Date of Infraction 5/7/07    Time of Infraction 2:00 Cosmetist | 1 2 3 | |
| ANSWER:  ☐ ADMIT (Pay Fine)    ☐ DENY (Appear for a Hearing)    ☐ ADMIT WITH EXPLANATION (Hearing by mail) | | |
| Signature ____ | | |

Total Fines and Penalties $ ____
Total Administrative Fees $ ____
Total Amount Due for ALL Infractions $ ____

**WARNING:** ...

Signature    Charles O'Patrick    5/9/07    530

I sign my name below to acknowledge receipt of this Notice of Infraction and opt to an admission of guilt or liability in the amount listed.

Respondent's Signature    Ok Yeon Cho    5/9/07    2:20 pm - A
OAR (WHITE)    ENFORCEMENT (YELLOW)    INSPECTIONS (PINK)    RESPONDENT/SUBJECT (GOLDENROD)



## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Business and Professional License Administration
Business License Division

# CERTIFICATE

**I HEREBY CERTIFY** that a search of the official licensing records in the Business License Division for Ok Yeon Cho t/a Fingertip Nails revealed that:

No Basic Business License Public Health: Public Accommodation license endorsement for "Massage Establishment" has been issued for the premise 3413 Wisconsin Avenue, N.W. Washington, DC 20016 for the period of November 1, 2005 to the present

W449324 SWINGLERM 01/30/2008 9:15:31 AM

08-353 HHK

JS-44
(Rev.1/05 DC)

CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|

**I (a) PLAINTIFFS**

Ok Yeon Cho                    88888

**DEFENDANTS**

District of Columbia, ET AL 11001

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Seth W. Diamond, Esq.
James E. Brown + Associates PLLC
1220 L St. NW, Suite 700
Washington, DC 20005   202-742-2000

Case: 1:08-cv-00353
Assigned To : Kennedy, Henry H.
Assign. Date : 2/28/2008
Description: Civil Rights-Non-Employ.

JURY ACTION

| II. BASIS OF JURISDICTION | III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!** |
|---|---|

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

**☐ E. *General Civil (Other)*  OR  ☐ F. *Pro Se General Civil***

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability<br><br>**Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157 | **Immigration**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus- Alien Detainee<br>☐ 465 Other Immigration Actions<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant | ☐ 871  IRS-Third Party 26 USC 7609<br><br>**Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc. | ☐ 460 Deportation<br>☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act) |

| ☐ **G.** *Habeas Corpus/* 2255 | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ **K.** *Labor/ERISA (non-employment)* | ☒ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

---

**V. ORIGIN**
☐ 1 Original Proceeding    ☒ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*42 USC §1983 , Civil Rights Violation*

---

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint    **JURY DEMAND:** ☒ YES    ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 2/28/2008    SIGNATURE OF ATTORNEY OF RECORD _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

:\forms\js-44.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_OK YEON CHO, ETAL_
Plaintiff

v.

Civil Action No. **0C 0353**

**FEB 2 8 2008**

_DISTRICT OF Columbia ET AL_
Defendant

    The above entitled action, removed from the Superior Court for the District of Columbia,

has been filed and assigned to Judge **KENNEDY, JR. J. HHK** All counsel and/or pro se

litigants must include on any subsequent pleadings both the civil action number and the initials

of the judge assigned to this action. (See preceding sentence for judge's initials).

    Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the

bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly

recording all counsel of record, counsel for all parties must enter their appearance in accordance

with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's

Office to ensure prompt delivery of notices and orders.

    Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly

spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court

on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
     Deputy Clerk

cc: _SETH W. DIAMOND_

929A
Rev. 7/02

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

CIVIL DIVISION

FILED
CIVIL ACTIONS BRANCH
JAN 2 8 2008
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

OK YEON CHO, Individually
7626 Buckland Place
Lorton, Virginia 22079

and

OK YEON CHO d/b/a
FINGERTIP NAIL SALON
3413 Wisconsin Avenue
Washington, D.C. 20016,

        Plaintiffs,

    v.

THE DISTRICT OF COLUMBIA
Serve: Mayor Adrian M. Fenty
1350 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004

Serve: Peter Nickles, Esq.
Corporate Counsel, District of Columbia
441 4th Street, N.W.
Suite 1060 North
Washington, D.C. 20001

Serve: Office of Risk Management
ATTN: Claims
441 4th Street, NW
Suite 800 South
Washington, DC 20001

and

LINDA ARGO
Director
District of Columbia -
Department of Consumer and Regulatory Affairs
941 North Capitol Street, NE
Washington, DC 20002

C. A. No.:

Judge:

0000667-08



and

CLIFF DEDRICK
941 North Capitol Street, NE
Washington, DC 20002

          Defendants.

_____ /

## COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES

COMES NOW the Plaintiff, OK YEON CHO, individually and d/b/a FINGERTIP NAIL

SALON, by and through the undersigned counsel and pursuant to applicable D.C. Rules of Civil

Procedure, hereby sues Defendants, THE DISTRICT OF COLUMBIA, LINDA ARGO, and

CLIFF DEDRICK, and in support thereof states as follows:

### Jurisdiction and Statement of Case

    1.    This Honorable Court has jurisdiction pursuant to D.C. Code §§ 11-921 (2001

ed.).

    2.    This is an action wherein the Plaintiff is seeking an award of compensatory and

punitive damages and attorneys' fees, as a result of the intentional and deliberate conduct of the

Defendants in issuing false Notices of Infractions, failure to identify possible infractions and

code violations in Plaintiff's place of business, failure to timely correct deficiencies in all

Notices of Infraction issued or alleged to exist, failure to timely investigate and remedy the

illegal, unethical, improper and criminal acts of CLIFF DEDRICK, and based on the District's

violation of Plaintiff's civil rights.

### Parties

    3.    Plaintiff is a resident of Virginia who operates a business called FINGERTIP

NAIL SALON, located at 3413 Wisconsin Avenue, Washington, D.C. 20016 and is otherwise

sui juris.

4.    Defendant LINDA ARGO is the Director of the District of Columbia Department of Consumer and Regulatory Affairs ("DCRA").

5.    Defendant CLIFF DEDRICK, at all times material hereto, was and is an investigator, employed by DCRA.

6.    Defendant THE DISTRICT OF COLUMBIA is a municipal corporation.

### Facts

7.    On or about May 17, 2007, CLIFF DEDRICK, as an investigator for DCRA, inspected the Plaintiff's place of business, FINGERTIP NAIL SALON.

8.    At the conclusion of CLIFF DEDRICK's inspection, he provided the Plaintiff with a Notice of Infraction, stating that the Plaintiff was in violation of two (2) provisions of D.C. Code and assessing two (2) fines of $2,000.00 each, for a total fine of $4,000.00. (See attached Notice of Infraction, attached as Exhibit "A").

9.    In June of 2007 the Plaintiff went to DCRA in an attempt to resolve the fines. Plaintiff attempted to pay the full $4,000.00 in order to comply with the Notices of Infraction. However, CLIFF DEDRICK would not accept the $4,000.00 payment, stating that three (3) additional infractions existed and that the Plaintiff should have been cited for a total of $10,000.00. CLIFF DEDRICK offered to resolve all of the alleged violations in return for payment of $7,500.00. The Plaintiff demanded proof of the additional infractions, but CLIFF DEDRICK refused to provide any proof of additional infractions.

10.    The Notices of Infraction were not logged into the DCRA computer system at the time of the conversation described in paragraph 9 of this Complaint.

11.    Plaintiff's husband and other agents of the Plaintiff have also attempted to resolve the issue of the additional infractions directly with CLIFF DEDRICK, but have been unsuccessful.

12.      To date, CLIFF DEDRICK has refused to provide proof of any additional infractions. Nor has he provided notice as to the basis of the alleged infractions for which he has attempted to hold the Plaintiff liable.

13.      On or about December 7, 2007, nearly seven (7) months after the initial inspection, DCRA re-dated the May 17, 2007 Notices of Infraction and served them directly on the Plaintiff, despite knowledge that the Plaintiff was represented by counsel. (See attached Exhibit "B"). This service is in violation of 28 DCR 2808 and is a clear attempt to circumvent the Plaintiff's attorney.

14.      To date, no additional Notices of Infraction have been issued based on the May 17, 2007 inspection, despite the fact that the Defendant has advised the Plaintiff that no less than three (3) additional violations exist on the subject premises. The Defendant's re-dating and entering the Notices of Infraction into the DCRA computer system are a clear attempt to cover up the illegal actions of the Defendant.

15.      It is unknown as to whether the Notices of Infraction were ever run through DCRA's computer system. However, there were not entered into the system until at least November of 2007 (six (6) months after the inspection and written Notices of Infraction were produced).

16.      Based on CLIFF DEDRICK's refusal to either provide written Notices of Infractions or orally state what the infractions are, the Plaintiff has never been able to ascertain what, if any, additional code violations exist within her place of business and, as a result, she has not been able to re-open for business, sell her business, or otherwise seek employment since May of 2007.

17.      It is clear that the Defendants have failed to follow appropriate policies and procedures. CLIFF DEDRICK has failed to provide the Plaintiff with notice of the alleged

additional violations, has failed to enter the Notices of Violation into the DCRA computer

system, has refused to accept payment for the face value of all Notices of Violation provided to

the Plaintiff, and has attempted to elicit payment above the amounts stated in the Notices of

Infraction, while at the same time failing to create any sort of official record of the existence of

said Infractions.

18.    CLIFF DEDRICK has also attempted to negotiate the amount of payment for the

alleged infractions, which is a violation of DCRA policy, a violation of the Plaintiff's

Constitutional rights, and likely a criminal offense.

19.    It is clear that the Defendants have attempted to extort the Plaintiff into providing

payment for Infractions that were non-existent and not recorded in accordance with DCRA

procedure.

### <u>COUNT I – REQUEST FOR DECLARATORY JUDGMENT</u>

20.    The Plaintiff re-alleges and reincorporates the preceding paragraphs as though

specifically set forth herein.

21.    The parties have a bona fide, actual, present practical need for declaration as to

whether any evidence exists that additional infractions exist on the Plaintiff's premises and/or

existed on the Plaintiff's premises at the time of the May 17, 2007 inspection.

22.    The Plaintiff's ability to re-open, sell her business and/or perform her trade is

dependant upon the declaration

23.    The Plaintiff is not merely seeking legal advise or an answer to a question

propounded for curiosity.

### <u>COUNT II – PECUNIARY LOSS</u>

24.    The Plaintiff re-alleges and reincorporates the preceding paragraphs as though

specifically set forth herein.

25.    By failing to follow DCRA procedure, failing to provide notice of the substance of additional alleged infractions and by refusing to accept payment for all known Notices of Infraction, the Defendants have caused the Plaintiff to suffer pecuniary injury. Defendant's conduct is unconstitutional, intentional and unjustified.

26.    The Defendants have voluntarily and intentionally engaged in conduct described above to harass and/or extort the Plaintiff and to prevent Plaintiff from re-opening her place of business until payment above the amounts stated in the written Notices of Infraction were paid.

27.    Plaintiff's damages arise, *inter alia,* from the fact that she already had an existing business and client base. She has not been able to conduct any business and has likely irreparably lost customers who have sought services elsewhere. Plaintiff has also been forced to make payments on her lease without being able to reap the benefit of the lease because she cannot do business from the leased premises. Furthermore, Plaintiff's place of business must remain closed until such time that a judicial or administrative determination is made that no further infractions remain on the subject premises. Also, Plaintiff has suffered a pecuniary loss because she has been forced to reject offers to purchase the business based on the fact that she had potential unidentified Infractions.

### COUNT III – VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

28.    The Plaintiff re-alleges and reincorporates the preceding paragraphs as though specifically set forth herein.

29.    Deprivation of due process rights is a violation of the Fifth Amendment of the Constitution of the United States which is applicable to the District of Columbia.

30.    Plaintiff has a cause of action against the Defendants pursuant to 42 U.S.C. § 1983, which states, in pertinent part:

...every person who under color of any statute, ordinance, regulation,

custom or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the Constitution and the laws, shall be liable to the party injured in any action...

27.    The DISTRICT OF COLUMBIA and CLIFF DEDRICK, individually, purported to be acting pursuant to the laws of the District of Columbia and in his official capacity as an investigator for DCRA at all times material hereto.

31.    The DISTRICT OF COLUMBIA is liable for damages to the Plaintiff.

32.    CLIFF DEDRICK is liable for damages to the Plaintiff, both individually and in his official capacity.

33.    The actions of the Defendants were motivated by evil intent, were willful and intentional violations of civil rights of the Plaintiff or were taken with reckless or callous indifference for the Plaintiff's federally protected rights such that they are individually liable for punitive damages to Plaintiff under § 1983, *supra*. 42 U.S.C. § 1988.

34.    Plaintiff, pursuant to § 1988, is entitled to an award of attorneys' fees and costs. 42 U.S.C. §1988.

WHEREFORE, the Plaintiff requests that this Honorable Court grant relief in the form of the following:

I.     A declaration that no additional Infractions were discovered on the Plaintiff's premises during the May 17, 2007 inspection.

II.     A declaration that no additional Notices of Infraction may be issued in the future pursuant to the Defendant's May 17, 2007 inspection.

III.     Compensatory Damages of no less than $150,000.00 against all Defendants, jointly and severally.

IV.     Continuing compensatory damages for the time during which this litigation

continues.

    V.      Attorneys fees and costs that that have accrued in Defending the action filed in the Office of Administrative Hearings, which was filed in bad faith and for a retaliatory purpose.

    VI.     Punitive Damages against all Defendants, jointly and severally, in the amount of at least $5,000,000.00. based on the Defendant's repeated, illegal, unconstitutional conduct and attempted cover up.

    VII.    Attorneys fees and costs associated with bringing this action.

    VIII.   Trial by jury on all issues so triable.

    IX.     Any further relief deemed just and proper by this Honorable Court.

Respectfully submitted,

Seth W. Diamond, Esq. (Bar No. 501308)
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, DC 20005

202-742-2000 (phone)
202-742-2098 (fax)
sdiamond@jeblaw.biz

# EXHIBIT "A"

3449324 SWINGLERM 01/30/2008 9:15:31 AM

FROM : CHO,DAVID          PHONE NO. : 703 440 8795          NOV. 06 2007 04:53PM P1

*Food Diamond*

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

# NOTICE OF INFRACTION

Notice No. 330841

| Issuing Agency: | ☐ DOH | ☐ DMH | ☒ DCRA | ☒ 1st NOI | |
|---|---|---|---|---|---|

Date of Service _____

☐ CFSA   ☐ FEMS   ☐ Other _____   ☐ 2nd NOI (1st NOI No. _____)

Location of Infraction: *3413 Wisconsin Ave NW*

Type of Location:   ☐ Vacant Lot   ☐ Construction Site   ☐ Occupied   ☐ Other

Business/Company Name: *City Yeon or*   Charge as Respondent (circle): YES  NO   Telephone Number *202 363-3549*

Individual Name (Last, First, Middle): *7630 Buckland Vr*   Charge as Respondent (circle): YES  NO   Telephone Number

Mailing Address: *Earloop*

City    State *VA*    Zip Code *22079*

Business License/Permit Type: *HDP 104003*    Business License/Permit No. *None -- Earl Shop*

You are charged with violating the District of Columbia laws or regulations stated below. You MUST SIGN and RETURN this form WITHIN 15 DAYS of the date of service. You must also indicate below each infraction whether you ADMIT, ADMIT WITH EXPLANATION or DENY. **Instructions on back.**

If you DENY one or more of the infractions, you must timely sign and return this form as your answer. If you do so, a hearing in your case is pre-scheduled on the _____ day of _____ at _____ AM / PM at the following location.

Office of Administrative Hearings, _____, Suite _____, Washington, D.C.

| D.C. Official Code AND/OR D.C. Municipal Regulation Citation | Fine for Infraction | Statutory Penalty (if applicable) |
|---|---|---|
| *Medical Code 47-2851.02* | $ *1,600* | $ |

Nature of Infraction: *Engaging in Business without Public Health Accommodate*

Date of Infraction: *6/12/07*   Time of Infraction: *2:45pm*   Previous Infractions Committed

ANSWER:   ☐ ADMIT (Pay Fine)   ☐ DENY (Appear for a Hearing)   ☐ ADMIT WITH EXPLANATION (Hearing by Mail)

Signature _____

| D.C. Official Code AND/OR D.C. Municipal Regulation Citation | Fine for Infraction | Statutory Penalty (if applicable) |
|---|---|---|
| *DC Official Code 47-2853C* | $ *5,000.00* | $ |

Nature of Infraction: *Practice of occupying without license*

Date of Infraction: *6/12/07*   Time of Infraction: *245*   Previous Infractions   1   2   3

ANSWER:   ☐ ADMIT (Pay Fine)   ☐ DENY (Appear for a Hearing)   ☐ ADMIT WITH EXPLANATION (Hearing by Mail)

Signature _____

Total Fines and Penalties $ _____
Total Administrative Fees $ 70.00
Total Amount Due for ALL Infractions $ _____

**WARNING:** Failure to answer (see reverse) each infraction on this Notice within 15 days of the date of service by signing and returning this form will result in occurrence of a penalty equal in amount in addition to the specified amount of the fine. You also may be subject to other penalties and action allowed by law including suspension and non-renewal of your license or permit, the sealing of your business, a lien being placed on your property, and attachment of your equipment. If this is your second Notice for the charge, your failure to respond within 15 days of the date of service will result in the assessment of a penalty equal to the amount of the fine. For Medicaid-funded facilities This Notice and information obtained through this proceeding may be used for evaluation under applicable law, including 42 CFR Chs. 442 and 483 and for any proceeding under 42 CFR Ch. 431. For information call (202) 442-4991.

I personally (or through) determined (penalty of perjury) that I (have personally determined) that the infraction(s) charged have been committed.

Inspector's/Investigator's Signature _____   Print Name _____   Date *6/12/07*   Badge/Identification Number

I sign my name below to acknowledge receipt of this Notice of Infraction and not as an admission of guilt or liability to the charge(s) listed.

Respondent's Signature _____   Print Name _____

RESPONDENT (YELLOW)     INSPECTOR (PINK)     ENFORCEMENT (GOLDENROD)

3449324 SWINGLERM 01/30/2008 9:15:31 AM

# EXHIBIT "B"

FROM : CHO, DAVID          PHONE NO. : 703 440 8799          DEC. 11 2007 12:35PM P2

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

## NOTICE OF INFRACTION

Notice No. **S70084**

Issuing Agency: ☐ DOH  ☐ DMV  ☒ DCRA  ☒ 1st NOI        **1817.07**
                ☐ CFSA  ☐ FEMS  ☐ Other _____  ☐ 2nd NOI (1st NOI No.)

**3413 Wisconsin Ave. NW**
Location of Infraction    Type of Location: ☐ Vacant Lot  ☐ Construction Site  ☐ Occupied  ☐ Other

**Cho, Veon OK**    Change as Respondent (circle): YES  NO        **202 363-5841**

**Yusle Buck Yon St**    Change to Respondent (circle): YES  NO

**Portlas, VA    920790**
City

Respondent License/Cert. Type **HOB 104803**    Business (Name) Premise No. **Nate - Beauty Shop**

You are charged with violating the District of Columbia laws or regulations stated below. You MUST SIGN and RETURN this form WITHIN 15 DAYS of the date of service. You must also indicate below each, below/above whether you ADMIT, ADMIT WITH EXPLANATION or DENY. Instructions on back.

If you DENY one or more of the infractions, you must timely sign and return this form in your answer. If you do so, a hearing in your case is pre-scheduled on the _____ day of _____, at _____ AM / PM at the following location: _____

Office of Administrative Hearings                Date _____, Washington, D.C.

| D.C. Official Code AND/OR D.C. Municipal Regulation Citation | Fine for Infraction | Statutory Penalty (if applicable) |
|---|---|---|
| DC Official Code 47-2851-02 | $2,000.00 | |

Name of Infraction **Engaging in a Business without a Public Health License**
Date of Infraction **5/17/07**    Time of Infraction **2:20 pm**
ANSWER:  ☐ ADMIT (Pay Fine)   ☐ DENY (Appear for a Hearing)   ☐ ADMIT WITH EXPLANATION (Hearing by Mail)
Signature _____

| D.C. Official Code AND/OR D.C. Municipal Regulation Citation | Fine for Infraction | Statutory Penalty (if applicable) |
|---|---|---|
| DC official Code 47-285302 | $ 3,000.00 | |

Name of Infraction **Operating; Attempting to Operate; Conduct**
Date of Infraction **5/17/07**    Time of Infraction **2:20**    Infraction    1  2  3  4
ANSWER:  ☐ ADMIT (Pay Fine)   ☐ DENY (Appear for a Hearing)   ☐ ADMIT WITH EXPLANATION (Hearing by Mail)
Signature _____

Total Fines and Penalties $ _____
Total Administrative Fees $ _____
Total Amount Due for ALL Infractions $ _____

**WARNING:** Failure to answer each infraction on this Notice within 15 days of the date of service by signing and returning this form will result in a penalty equal to and in addition to the amount of the fine. You also may be subject to other penalties and actions allowed by law including the arrest and impound of your license or permit, the sealing of your business, a lien being placed on your property, and imminent of your equipment. If this is your second infraction, you timely answer or failure to pay within 15 days of the date of service will result in the assessment of a penalty equal to twice the amount of the fine. For failure to pay a fine or penalty within 15 days of the date of service, an interest charge of 1.5% per month may be assessed. In addition to the foregoing, GCO Code 42-xxxx and other laws governing notice of infractions, the information set forth above may be subject to additional or escalating penalties and fines as determined by law and/or regulation under which governed charge may be enforced.

_____ (signature)    _____ (print)    **5/17/07**    **5:30**

I sign my name below to acknowledge receipt of this Notice of Infraction and not as an admission of guilt or liability for the charge(s) listed.

_____    **Ck Veon Cho**    **5/17/07**    **2:20pm - A** 

OAR (WHITE)    RESPONDENT (YELLOW)    INSPECTOR (PINK)

---

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
Business and Professional License Administration
Business License Division

## CERTIFICATE

I HEREBY CERTIFY that a search of the official licensing records in the Business License Division for Ok Yeon Cho t/a Fingertip Nails revealed that:

No Basic Business License Public Health: Public Accommodation license endorsement for "Massage Establishment" has been issued for the premise 3413 Wisconsin Avenue, N.W. 449324 SWINGLERM 01/30/2008 9:15:31 AM Washington, DC 20016 for the period of November 1, 2005 to the present.

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

OK Yeon Cho, Individually
and
OK Yeon Cho d/b/a
Fingertip Nail Salon
vs.                                    *Plaintiff*

Civil Action No. 0000667-08

Office of Risk Management
                              *Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Seth W. Diamond, Esq (Bar No. 501308)
Name of Plaintiff's Attorney

1220 L Street, NW, Suite 700
Address
Washington, DC 20005

By _____
                              Deputy Clerk

202 - 742 - 2000
Telephone

Date     1/28/08

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

3449324 SWINGLERM 01/30/2008 9:15:31 AM

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001 Telephone: 879-1133

OK Yeon Cho, Individually
and
OK Yeon Cho d/b/a
Fingertip Nail Salon        *Plaintiff*
vs.

Office of Attorney General

*Defendant*

Civil Action No. C000667-08

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Seth W. Diamond, Esq. (Bar No. 501308)
Name of Plaintiff's Attorney

1220 L Street, NW, Suite 700
Address
Washington, DC 20005

202-742-2000
Telephone

By _____
Deputy Clerk

Date    1/28/08

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

3449324 SWINGLERM 01/30/2008 9:15:31 AM

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

CIVIL DIVISION

OK YEON CHO, Individually
7626 Buckland Place
Lorton, Virginia 22079

Civil Action File No.:

and

OK YEON CHO d/b/a
FINGERTIP NAIL SALON
3413 Wisconsin Avenue
Washington, D.C. 20016,

Plaintiffs,

v.

THE DISTRICT OF COLUMBIA
Serve: Mayor Adrian M. Fenty
1350 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004

Serve: Peter Nickles, Esq.
Corporate Counsel, District of Columbia
441 4th Street, N.W.
Suite 1060 North
Washington, D.C. 20001

Serve: Office of Risk Management
ATTN: Claims
441 4th Street, NW
Suite 800 South
Washington, DC 20001

and

LINDA ARGO
Director
District of Columbia -
Department of Consumer and Regulatory Affairs
941 North Capitol Street, NE
Washington, DC 20002

_____

and

CLIFF DEDRICK
941 North Capitol Street, NE
Washington, DC 20002

                    Defendants.
_____/

## SUMMONS

To the above named Defendants:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Plaintiff's Attorney:
Seth W. Diamond, Esq. (Bar No. 501308)
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, DC 20005

202-742-2000 (phone)
202-742-2098 (fax)
sdiamond@jeblaw.biz

*Clerk of Court*

By:    _Adrienne J. marsh_

Date:  _January 25, 2008_

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

CIVIL DIVISION

OK YEON CHO, Individually
7626 Buckland Place
Lorton, Virginia 22079

Civil Action File No.:

and

OK YEON CHO d/b/a
FINGERTIP NAIL SALON                    0000667-08
3413 Wisconsin Avenue
Washington, D.C. 20016,

            Plaintiffs,

      v.

THE DISTRICT OF COLUMBIA
Serve: Mayor Adrian M. Fenty
1350 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004

Serve: Peter Nickles, Esq.
Corporate Counsel, District of Columbia
441 4th Street, N.W.
Suite 1060 North
Washington, D.C. 20001

Serve: Office of Risk Management
ATTN: Claims
441 4th Street, NW
Suite 800 South
Washington, DC 20001

and

LINDA ARGO
Director
District of Columbia -
Department of Consumer and Regulatory Affairs
941 North Capitol Street, NE
Washington, DC 20002

and

CLIFF DEDRICK
941 North Capitol Street, NE
Washington, DC 20002

                    Defendants.
_____/

## **SUMMONS**

To the above named Defendants:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Plaintiff's Attorney:
Seth W. Diamond, Esq. (Bar No. 501308)
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, DC 20005

202-742-2000 (phone)
202-742-2098 (fax)
sdiamond@jeblaw.biz

*Clerk of Court*

By: _Adrienne J. Marsh_

Date: _January 28, 2008_

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1 161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

CIVIL DIVISION

OK YEON CHO, Individually
7626 Buckland Place
Lorton, Virginia 22079

Civil Action File No.:

and

OK YEON CHO d/b/a
FINGERTIP NAIL SALON
3413 Wisconsin Avenue
Washington, D.C. 20016,

0000667-08

       Plaintiffs,

    v.

THE DISTRICT OF COLUMBIA
Serve: Mayor Adrian M. Fenty
1350 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004

Serve: Peter Nickles, Esq.
Corporate Counsel, District of Columbia
441 4th Street, N.W.
Suite 1060 North
Washington, D.C. 20001

Serve: Office of Risk Management
ATTN: Claims
441 4th Street, NW
Suite 800 South
Washington, DC 20001

and

LINDA ARGO
Director
District of Columbia -
Department of Consumer and Regulatory Affairs
941 North Capitol Street, NE
Washington, DC 20002

_____

and

CLIFF DEDRICK
941 North Capitol Street, NE
Washington, DC 20002

        Defendants.

_____/

## SUMMONS

To the above named Defendants:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Plaintiff's Attorney:
Seth W. Diamond, Esq. (Bar No. 501308)
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, DC 20005

202-742-2000 (phone)
202-742-2098 (fax)
sdiamond@jeblaw.biz

*Clerk of Court*

By: _Adrienne J. Marsh_

Date: _January 28, 2008_

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-l 161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

CIVIL DIVISION

OK YEON CHO, Individually
7626 Buckland Place
Lorton, Virginia 22079

and

OK YEON CHO d/b/a
FINGERTIP NAIL SALON
3413 Wisconsin Avenue
Washington, D.C. 20016,

        Plaintiffs,

    v.

THE DISTRICT OF COLUMBIA
Serve: Mayor Adrian M. Fenty
1350 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004

Serve: Peter Nickles, Esq.
Corporate Counsel, District of Columbia
441 4th Street, N.W.
Suite 1060 North
Washington, D.C. 20001

Serve: Office of Risk Management
ATTN: Claims
441 4th Street, NW
Suite 800 South
Washington, DC 20001

and

LINDA ARGO
Director
District of Columbia -
Department of Consumer and Regulatory Affairs
941 North Capitol Street, NE
Washington, DC 20002

C. A. No.:        0000667-08

Judge:

and

CLIFF DEDRICK
941 North Capitol Street, NE
Washington, DC 20002

            Defendants.

_____/

## REQUEST FOR PRODUCTION TO DEFENDANT, THE DISTRICT OF COLUMBIA

    COMES NOW the Plaintiff, OK YEON CHO, individually and d/b/a FINGERTIP NAIL

SALON, by and through the undersigned counsel and in accordance and in accordance with D.C.

Rule of Civil Procedure 34, and request the Defendant, THE DISTRICT OF COLUMBIA, to

produce to the undersigned, the following:

        1.     Copies of any and all statements taken of the Plaintiffs regarding the matters at issue.

        2.     All of the tangible things within the possession, custody, or control of the Defendant

upon which the defenses and counterclaims herein are based, including, but not limited to, writings,

drawings, graphs, charts, photographs, movies, slides, film, video tape, phonograph records and

other recording devices, instruments, equipment, real and person property, objects, goods and/or

vehicles or operations.

        3.     Any and all reports and other notations and/or documentation regarding the

reporting and/or investigation of the matters at issue.

        4.     The entire employee file for CLIFF DEDRICK.

        5.     Any and all materials related to OK YEON CHO and/or FINGERTIP NAIL

SALON.

        6.     Any records of any other complaints that DCRA staff attempted to elicit direct

payment for Notices of Infraction, attempted to collect on Notices of Infraction that were never

written and/or run through the DCRA computer system, or otherwise extort money from an individual or entity.

7. Any and all policies regarding DCRA investigator work schedules.

8. Any and all materials stating the identity of any and all individuals who have investigated any claims that are the subject of this lawsuit.

9. Any reports or other materials regarding investigation of the claims that are the subject of this lawsuit.

10. Any and all materials regarding any complaints made regarding the conduct of CLIFF DEDRICK.

11. All documents and items specified in your Answers to Interrogatories.

12. Any and all evidence of additional Infractions that existed on or at the Plaintiff's premises that were not identified in the written Notice of Infraction, attached as Exhibit "A" to the Plaintiff's Complaint.

13. Any and all records of complaints against any agent or employee of DCRA that were made over the past three (3) years.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served with the Complaint in this matter.

Seth W. Diamond, Esq. (Bar No. 501308)
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, DC 20005

202-742-2000 (phone)
202-742-2098 (fax)
sdiamond@jeblaw.biz

SWD

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

CIVIL DIVISION

OK YEON CHO, Individually
7626 Buckland Place
Lorton, Virginia 22079

C. A. No.:    0000667-08

and

Judge:

OK YEON CHO d/b/a
FINGERTIP NAIL SALON
3413 Wisconsin Avenue
Washington, D.C. 20016,

      Plaintiffs,

  v.

THE DISTRICT OF COLUMBIA
Serve: Mayor Adrian M. Fenty
1350 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004

Serve: Peter Nickles, Esq.
Corporate Counsel, District of Columbia
441 4th Street, N.W.
Suite 1060 North
Washington, D.C. 20001

Serve: Office of Risk Management
ATTN: Claims
441 4th Street, NW
Suite 800 South
Washington, DC 20001

and

LINDA ARGO
Director
District of Columbia -
Department of Consumer and Regulatory Affairs
941 North Capitol Street, NE
Washington, DC 20002

_____

and

CLIFF DEDRICK
941 North Capitol Street, NE
Washington, DC 20002

        Defendants.

_____/

### NOTICE OF SERVICE OF INTERROGATORIES TO DEFENDANT, CLIFF DEDRICK

      COMES NOW the Plaintiff, OK YEON CHO, individually and d/b/a FINGERTIP NAIL

SALON, by and through the undersigned counsel, and hereby serves notice of service of the

attached Interrogatories upon the Defendant, CLIFF DEDRICK to answer fully, under oath, and

in accordance with D.C. Rule of Civil Procedure 33.

### CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that a true and correct copy of the foregoing was served with

the Complaint in this matter.

                                    _____
                                    Seth W. Diamond, Esq. (Bar No. 501308)
                                    James E. Brown & Associates, PLLC
                                    1220 L Street, NW, Suite 700
                                    Washington, DC 20005

                                    202-742-2000 (phone)
                                    202-742-2098 (fax)
                                    sdiamond@jeblaw.biz

SWD



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

OK YEON CHO
    Vs.                             C.A. No.     2008 CA 000667 B
DISTRICT OF COLUMBIA

### INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge GERALD I FISHER
Date:  January 28, 2008
Initial Conference: 9:30 am, Friday, May 02, 2008
Location:  Courtroom 519
            500 Indiana Avenue N.W.
            WASHINGTON, DC  20001

### ADD    DUM TO INITIAL ORDER AFFE    NG
### ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

# Superior Court of the District of Columbia

### CIVIL DIVISION - CIVIL ACTIONS BRANCH

### INFORMATION SHEET

Olk Yeon Cho, et al

Case Number: 0000667-08

Date: 1/28/08

vs

District of Columbia, et al.

| Name: (please print) SETH DIAMOND | Relationship to Lawsuit ☑ Attorney for Plaintiff |
|---|---|
| Firm Name: BROWN + ASSOCIATES, PLLC | ☐ Self (Pro Se) Other: _____ |
| Telephone No.: 202-742-2020 | Six digit Unified Bar No.: 501308 |

TYPE OF CASE: ☐ Non-Jury    ☐ 6 Person Jury    ☐ 12 Person Jury
Demand:$ Undetermined    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

**NATURE OF SUIT:** *(Check One Box Only)*

**A. CONTRACTS**
☐01 Breach of Contract
☐02 Breach of Warranty
☐06 Negotiable Instrument
☐15 _____
☐07 Personal Property
☐09 Real Property-Real Estate
☐12 Specific Performance

**COLLECTION CASES**
☐14 Under $25,000 Pltf. Grants Consent
☐16 Under $25,000 Consent Denied
☐17 OVER $25,000

**B. PROPERTY TORTS**
☐01 Automobile
☐02 Conversion
☐07 Shoplifting, D.C. Code § 27-102(a)
☐03 Destruction of Private Property
☐04 Property Damage
☐05 Trespass
☐06 Traffic Adjudication

**C. PERSONAL TORTS**
☐01 Abuse of Process
☐02 Alienation of Affection
☐03 Assault and Battery
☐04 Automobile-Personal Injury
☐05 Deceit (Misrepresentation)
☐06 False Accusation
☐07 False Arrest
☐08 Fraud
☐09 Harassment
☐10 Invasion of Privacy
☐11 Libel and Slander
☐12 Malicious Interference
☐13 Malicious Prosecution
☐14 Malpractice Legal
☐15 Malpractice Medical (including wrongful death)
☐16 Negligence-(Not Automobile, Not Malpractice)
☐17 Personal Injury – (Not Automobile, Not Malpractice)
☐18 Wrongful Death (Not malpractice)
☐19 Wrongful Eviction
☐20 Friendly Suit
☐21 Asbestos
☐22 Toxic/Mass Torts
☐23 Tobacco

SEE REVERSE SIDE AND CHECK HERE ☑ IF USED

CV-496/July. 07

3449324 SWINGLERM 01/30/2008 9:17:22 AM

# INFORMATION SHEET,    Continued

| D. OTHERS | | |
|---|---|---|
| I.<br>☐ 01 Accounting<br>☐ 02 Att. Before Judgment<br>☐ 04 Condemnation (Emin. Domain)<br>☐ 05 Ejectment<br>☐ 07 Insurance/Subrogation<br>  Under $25,000 Pltf.<br>  Grants Consent<br>☐ 08 Quite Title<br>☐ 09 Special Writ/Warrants<br>  DC Code § 11 -941 | ☐ 10 T.R.O./Injunction<br>☐ 11 Writ of Replevin<br>☐ 12 Enforce Mechanics Lien<br>☒ 16 Declaratory Judgment<br>☐ 17 Merit Personnel Act (OEA)<br>  (D.C. Code Title 1, Chapter 6)<br>☐ 18 Product Liability<br>☐ 24 Application to Confirm, Modify,<br>  Vacate Arbitration Award<br>  (D.C. Co  de § 16-4315) | ☐ 25 Liens: Tax/Water Consent Granted<br>☐ 26 Insurance/Subrogation<br>  Under $25,000 Consent Denied<br>☐ 27 Insurance/Subrogation<br>  Over $25,000<br>☐ 28 Motion to Confirm Arbitration<br>  Award (Collection Cases Only)<br>☐ 29 Merit Personnel Act (OHR)<br>☐ 30 Liens: Tax/Water Consent Denied |
| II.<br>☐ 03 Change of Name<br>☐ 06 Foreign Judgment<br>☐ 13 Correction of Birth Certificate<br>☐ 14 Correction of Marriage<br>  Certificate | ☐ 15 Libel of Information<br>☐ 19 Enter Administrative Order as<br>  Judgment [D.C. Code §<br>  2 -1802.03(h) or 32-1519(a)]<br>☐ 20 Master Meter (D.C. Code §<br>  42 -3301, et seq.) | ☐ 21 Petition for Subpoena<br>  [Rule 28 -I (b)]<br>☐ 22 Release Mechanics Lien<br>☐ 23 Rule 27 (a)(1)<br>  (Perpetuate Testimony) |

_____
Attorney's Signature

1/28/08
_____
Date

CV -496/July.07