IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **OK YEON CHO,** *et al* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 08-00353 (HHK) |
| ) | |
| **THE DISTRICT OF COLUMBIA,** *et al* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### PRAECIPE

To the Clerk of the Court:

    Please enter the appearance of Roxanne D. Neloms in this matter.

                      Respectfully submitted,

/s/_____
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorney for Plaintiffs***

1