UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OK YEON CHO, et al.,         )<br>                              )<br>        Plaintiffs,           )<br>                              )<br>    v.                        )<br>                              )<br>THE DISTRICT OF COLUMBIA, et al., )<br>                              )<br>        Defendants.           )<br>                              )<br>                              ) | Case No.:   08-cv-00353 |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS, DISTRICT OF COLUMBIA AND LINDA ARGO'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, OK YEON CHO, by and through the undersigned counsel and pursuant to applicable Federal Rules of Civil Procedure hereby files her Consent Motion for Extension of Time to Respond to Defendants, DISTRICT OF COLUMBIA and LINDA ARGO's Motion to Dismiss or, in the alternative, Motion for Summary Judgment, and as grounds in support thereof states as follows:

1.      On or about March 5, 2008 the Defendants filed their Motion to Dismiss or, in the Alternative, Motion for Summary Judgment.

2.      Because the Defendant, THE DISTRICT OF COLUMBIA, has removed this matter to Federal Court, the undersigned has been retained to represent the Plaintiff because the Plaintiff's prior counsel, Seth W. Diamond, Esq., is not admitted to practice law in the U.S. District Court for the District of Columbia.

3.      According to the Certificate of Service on said Motion, the Motion was served on the Plaintiff's counsel, Seth W. Diamond, Esq., via the United States Electronic Filing System.

4. Mr. Diamond never received any copy of the Defendants' Motion.

5. The undersigned, in preparation for a brief leave of absence, reviewed the online docket for this matter and determined that the Defendants filed their Motion to Dismiss or, in the Alternative, Motion for Summary Judgment on March 5, 2008.

6. As the Motion was not served on counsel for the Plaintiff, and the undersigned will not be available for the next ten (10) days, counsel for the Defendant, Chad Copeland, Esq. was immediately contacted and agreed to grant an extension for the Plaintiffs to respond to the aforementioned Motion until March 28, 2008.

7. Federal Rules of Civil Procedure 6(b)(1)(A) states:

> (1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires

8. Because today is the first day that Plaintiff's counsel received notice of the Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, and because Plaintiff's counsel is unavailable to review the Defendants lengthy Motion and draft a response for the next ten (10) days, the Plaintiff respectfully requests that this Honorable Court enter an Order extending the time by which the Plaintiff may file Opposing Points and Authorities until March 28, 2008.

9. No party will be prejudiced by the granting of this Motion.

10. Counsel for the Defendants has consented to the granting of this Motion.

WHEREFORE the Plaintiff respectfully requests that this Honorable Court enter an Order extending the period by which the Plaintiff may respond to the Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, until March 28, 2008.

Respectfully submitted,

                /s/
_____
Roxanne D. Neloms, Esq. (Bar No. 478157)
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, DC 20005

202-742-2000 (phone)
202-742-2098 (fax)
rneloms@jeblaw.biz

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March 2008, a true and correct copy of the foregoing was filed with the Clerk of Court using the United States Electronic Filing system, served, which will send notification of such filing to:

Peter J. Nickles, Esq.
Interim Attorney General for the District of Columbia

George C. Valentine, Esq.
Deputy Attorney General, Civil Litigation Division

Ellen A. Efros, Esq.
Chief, Equity I

Chad Copeland, Esq.
Assistant Attorney General
441 4th Street, NW
Suite 600 South
Washington, D.C. 20001
COUNSEL FOR THE DISTRICT OF COLUMBIA
AND LINDA ARGO

I FURTHER CERTIFY that on this 13th day of March, 2008, a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, to:

Cliff Dedrick
District of Columbia
Department of Consumer & Regulatory Affairs
941 North Capitol Street, N.W.
Washington, D.C. 20002

                                                          /s/
                                      Roxanne D. Neloms, Esq. (Bar No. 478157)
                                      James E. Brown & Associates, PLLC
                                      1220 L Street, NW, Suite 700
                                      Washington, DC 20005

                                      202-742-2000 (phone)
                                      202-742-2098 (fax)
                                      rneloms@jeblaw.biz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OK YEON CHO, et al., ) | |
| ) | Case No.:    08-cv-00353 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## PROPOSED ORDER

Upon consideration of the Plaintiff's Consent Motion for Extension of Time to Respond to Defendants, DISTRICT OF COLUMBIA and LINDA ARGO's Motion to Dismiss or, in the alternative, Motion for Summary Judgment, and the entire record herein, it is, on this _____ day of _____, 2008,

ORDERED that said Motion be and the same is hereby GRANTED. The Plaintiff shall have until March 28, 2008 to file and serve her response to Defendants, DISTRICT OF COLUMBIA and LINDA ARGO's Motion to Dismiss or, in the alternative, Motion for Summary Judgment.

                                                                                  _____
                                                                                  Henry H. Kennedy, Jr.
                                                                                  United States District Judge

Serve upon:
Counsel of Record
Cliff Dedrick