UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OK YEON CHO, et al.**<br><br>            **Plaintiffs,**<br><br>            v.<br><br>**DISTRICT OF COLUMBIA, et al.**<br><br>            **Defendants.** | Civil Action 08-00353  (HHK) |

**MEMORANDUM**

Ok Yeon Cho ("Cho"), the owner/operator of a commercial nail salon in the District of Columbia , brings this action against the District of Columbia ("District") and its agents asserting causes of action arising from the investigation of and assessment of fines against Cho and her business.  Before the court is defendants' motion to dismiss, or in the alternative, for summary judgment [#2].

Upon consideration of the motion, plaintiff's opposition thereto, and the record of this case, the court concludes that the motion must be granted substantially for the reasons set forth by defendants in their motion.  Defendants are correct in their position that Cho has failed to exhaust her administrative remedies.  Defendants are also correct that Cho's complaint cannot survive application of the Public Duty Doctrine.

An appropriate order accompanies this memorandum.

                                                                                Henry H. Kennedy, Jr.
                                                                                United States District Judge

Dated: June 2, 2008