UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OK YEON CHO, et al.**<br><br>        **Plaintiffs,**<br><br>           **v.**<br><br>**DISTRICT OF COLUMBIA, et al.**<br><br>        **Defendants.** | Civil Action 08-00353  (HHK) |

**ORDER**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its Memorandum Opinion docketed this same day, it is this 2nd day of June 2008, hereby

**ORDERED** that this action is **DISMISSED**.

Henry H. Kennedy, Jr.
United States District Judge