

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


OK YEON CHO and
OK YEON CHO d/b/a
FINGERTIP NAIL SALON
    Plaintff,

    vs.                          Civil Action No.: 08-0353

THE DISTRICT OF COLUMBIA, ET. AL.
    Defendant.

---

### AFFIDAVIT SERVICE BY SPECIAL PROCESS SERVER

I, Andre W. Keith, having been duly authorized to make service of
the Summons  and Complaint  in  the above  entitled case,  hereby
declare and says:

    That my age and date of birth are as follows: 8-31-61
    That my business address is: 1115 Mass. Ave., NW, Wash., DC.
    That I am not a party to or otherwise interested in this case.

    That at  8:55 am on  the 2nd day  of June, 2008,  I personally
served a Summons, Complaint, Initial Order and Addendum, Addendum
to Initial Order Affecting all Medical  Malpractice Cases,
Interrogatories  to Defendant,  Cliff Dedrick,  Request  for
Production to Defendant, The District of Columbia, Notice  of
Service of Interrogatories to Defendant, Cliff Dedrick, Initial
Electronic Case Filing Order, Electronic Cases Files
Attorney/participant Registration Form,  and Removal  upon Cliff
Dedrick  by delivering  the same  to Cliff Dedrick at  941 North
Capitol Street, NE, 9th Floor, Washington, DC 20002.


DESCRIPTION: Black  male, black/gray  wavy hair,  mustache, 5'11,
           approx. 210 lbs., 50's

                                     _____
                                       Andre W. Keith

Subscribed and Sworn to before me this 3rd day of June, 2008.

The District of Columbia: SS
subscribed and sworn to before me
this 3rd day of June 2008
Lisa Renee Johnson
Notary Public, DC
My commission expires 10/14/2011

                                       _____
                                      Notary Public - DC

               My Commission Expires: 10/14/11