

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OK YEON CHO and
OK YEON CHO d/b/a
FINGERTIP NAIL SALON
    Plaintff,

vs.                                Civil Action No.: 08-0353

THE DISTRICT OF COLUMBIA, ET. AL.
    Defendant.

AFFIDAVIT SERVICE BY SPECIAL PROCESS SERVER

I, Andre W. Keith, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby declare and says:

   That my age and date of birth are as follows: 8-31-61
   That my business address is: 1115 Mass. Ave., NW, Wash., DC.
   That I am not a party to or otherwise interested in this case.

   That at 8:55 am on the 2nd day of June, 2008, I personally served a Summons, Complaint, Initial Order and Addendum, Addendum to Initial Order Affecting all Medical Malpractice Cases, Interrogatories to Defendant, Cliff Dedrick, Request for Production to Defendant, The District of Columbia, Notice of Service of Interrogatories to Defendant, Cliff Dedrick, Initial Electronic Case Filing Order, Electronic Cases Files Attorney/participant Registration Form, and Removal upon Cliff Dedrick by delivering the same to Cliff Dedrick at 941 North Capitol Street, NE, 9th Floor, Washington, DC 20002.

   DESCRIPTION: Black male, black/gray wavy hair, mustache, 5'11, approx. 210 lbs., 50's

                                          _____
                                          Andre W. Keith

   Subscribed and Sworn to before me this 3rd day of June, 2008.

                                          _____
                                          Notary Public - DC

   My Commission Expires: 10/14/11

The District of Columbia: SS
Subscribed and sworn to before me
this 3rd day of June, 2008
Lisa Renee Johnson
Notary Public, DC
My commission expires 10/14/2011