UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OK YEON CHO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 1:08-cv-00353 (HHK) |
| DISTRICT OF COLUMBIA, *et al*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANT CLIFF DEDRICK'S OPPOSITION TO
PLAINTIFF'S MOTION FOR RECONSIDERATION**

Defendant Cliff Dedrick, by and through the Office of the Attorney General, hereby files this opposition to Plaintiff's motion for reconsideration. Plaintiff's motion should be denied, and the action should be dismissed as to all parties.

**Procedural History**

This civil action for declaratory judgment and damages under 42 U.S.C. § 1983 against the District of Columbia and Linda Argo, Director of the DC Department of Consumer and Regulatory Affairs (DCRA), arises out of several Notices of Infraction (NOI) issued to Plaintiff d/b/a Finger Nail Salon for operating an unlicensed salon in the District. Defendant Dedrick is an investigator with DCRA.

On February 28, 2008, this civil action was removed to this Court from the DC Superior Court. At the time the case was removed, Defendant Dedrick had not been served with process. On March 5, 2008, Defendants District of Columbia and Linda Argo filed a motion to dismiss. On June 2, 2008, this Court issued a memorandum Opinion and Order dismissing "this action." Order, Document No. 14. In so doing, this

Court concluded "the motion must be granted substantially for the reasons set forth by defendants in their motion." Memorandum at 1.

Four (4) days after this Court dismissed this action, Plaintiff filed her return of service as to Defendant Dedrick. According to the "Affidavit Service By Special Process Server" (sic) Defendant Dedrick was served with process the same day, June 2, 2008, that this case was dismissed. Plaintiff has filed a motion for reconsideration in which she seeks reversal of the Court's decision to dismiss the action and clarification as to whether the order dismissing the action applied to claims against Defendant Dedrick.

**Argument**

1. **THE ORDER DISMISSING THIS ACTION IS APPLICABLE TO DEFENDANT DEDRICK AND, THEREFORE, PLAINTIFF'S MOTION FOR RECONSIDERATION SHOULD BE DENIED.**

Defendants District of Columbia and Linda Argo's motion to dismiss asserted that (1) Plaintiff had failed to exhaust her administrative remedies, (2) Plaintiff had failed to plead with the required specificity any cause of action for which relief can be granted, (3) Plaintiff's claims are barred by the public duty doctrine, and (4) there are no viable federal claims for which this Court should retain jurisdiction. Defendants' Motion to Dismiss or in the Alternative for Summary Judgment, Document No. 2. This Court accepted the Defendants' arguments and dismissed this action. The arguments for dismissal applicable to the Defendants District and Argo also apply to Defendant Dedrick, and to avoid any ambiguity on the issue Defendant Dedrick joins that motion. (If Defendant Dedrick had been served with process at the time, he would have joined the motion when it was filed).

Defendant Dedrick relies on, and incorporates herein by reference the legal arguments set forth in Defendants District of Columbia's and Linda Argo's motion to dismiss or in the alternative for summary judgment and the arguments set forth in their opposition to plaintiff's motion for reconsideration. Those arguments require the denial of Plaintiff's motion for reconsideration and the dismissal of this action to all parties. The action should, therefore, not be reinstated against Defendant Dedrick both because he has joined Defendants District of Columbia's and Linda Argo's motion and because reinstatement would be a futile act. *See Murray v. District of Columbia*, 52 F.3d 353, 355 (D.C. Cir. 1995) ("[T]he movant must provide the district court with reason to believe that vacating the judgment will not be an empty exercise or a futile gesture").

**Conclusion**

For the reasons stated herein, and in the District's prior filings, Plaintiff's motion for reconsideration should be denied and this case should not be reinstated as to Defendant Dedrick.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/ Samuel C. Kaplan/s/_____
    SAMUEL C. KAPLAN [463350]
    Assistant Deputy Attorney General

    /s/David A. Jackson/s/_____

                    DAVID A. JACKSON [471535]
                    Assistant Attorney General
                    Office of the Attorney General
                    441 Fourth Street, NW, 6 South
                    Washington, D.C. 20001
                    Direct Line: (202) 724-6618
                    Facsimile: (202) 727-3625
                    E-mail: davida.jackson@dc.gov